UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| REVA SHANTELL DALTON-HALL | ) | CASE NUMBER A14-62016-CRM |
| CLARENCE RUSSELL HALL | ) | |
|    DEBTORS | ) | |

## MOTION TO DISMISS FOR FAILURE TO REMIT 2014 TAX RETURN AND REQUEST FOR DISCLOSURE OF ANY INCOME CHANGES

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled case, and respectfully shows the Court the following:

1.

Debtor(s) filed a petition for relief under Chapter 13 of Title 11 on June 20, 2014.

2.

The Chapter 13 Plan was confirmed on December 10, 2014.

3.

The Debtor(s) is required to remit a copy of all filed Federal Income Tax Returns to the Trustee during the pendency of the case, 11 U.S.C. § 521(f)(4)(B). As of June 25, 2015 the Debtor(s) has failed to remit the 2014 Federal Income Tax Return to the Trustee.

Wherefore, the Trustee prays that the Debtor(s) remit the requested tax return and any applicable refund to the Trustee.  If not provided, the Trustee requests this case be dismissed.  In addition, if the Debtor(s)' tax return reflects an increase in income that has not been properly disclosed before the Court, the Trustee prays this case be dismissed and any other relief this Court deems just and reasonable

This the 26th day of June, 2015.

/s/_____
　　Maria J. Kirtland
　　Attorney for the Chapter 13 Trustee
　　State Bar No. 118350
　　303 Peachtree Center Avenue, NE
　　Suite 120
　　Atlanta, GA 30303
　　678-992-1201

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| REVA SHANTELL DALTON-HALL | ) | CASE NUMBER A14-62016-CRM |
| CLARENCE RUSSELL HALL | ) | |
|    DEBTORS | ) | |

### NOTICE OF HEARING ON MOTION TO DISMISS CASE

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Dismiss with the Court seeking an Order of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **August 07, 2015** at **10:00 AM in Room 1203, Richard Russell Building, 75 Spring Street, SW, Atlanta, GA, 30303**.

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case.  You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.

This the 26th day of June, 2015.

/s/_____
   Maria J. Kirtland
   Attorney for the Chapter 13 Trustee
   State Bar No. 118350
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201

# CERTIFICATE OF SERVICE

Case No. A14-62016-CRM

This is to certify that I have this day served the following with a copy of the foregoing Motion to Dismiss For Failure to Remit 2014 Tax Return and request for disclosure of any income changes by depositing in the United States mail a copy of same in a properly addressed envelope with

**Debtor(s):**
REVA SHANTELL DALTON-HALL
CLARENCE RUSSELL HALL
2880 DANIEL PARK RUN
DACULA, GA  30019


**By Consent of the parties,** the following have received an electronic copy of the foregoing Motion to Dismiss For Failure to Remit 2014 Tax Return and request for disclosure of any income changes through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
SHANNON D. McDUFFIE
shannon@attorneymcduffie.com



This the 26th day of June, 2015.


 /s/_____
    Maria J. Kirtland
    Attorney for the Chapter 13 Trustee
    State Bar No. 118350
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201