UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:

REVA SHANTELL DALTON-HALL
CLARENCE RUSSELL HALL
Debtor(s)

Case No. A14-62016-CRM

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy Whaley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/20/2014.

2) The plan was confirmed on 12/10/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/26/2015.

5) The case was dismissed on 08/10/2015.

6) Number of months from filing to last payment: 11.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $30,991.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---:|
| Total paid by or on behalf of the debtor | $16,500.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $16,500.00

**Expenses of Administration:**

|  |  |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $910.50 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,910.50

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALTAIR OH XIII, LLC | Unsecured | 5,331.00 | 5,331.13 | 5,331.13 | 0.00 | 0.00 |
| ALTAIR OH XIII, LLC | Unsecured | 10,667.00 | 10,667.56 | 10,667.56 | 0.00 | 0.00 |
| ATLANTIC CREDIT AND FINANCE, IN | Unsecured | NA | 8,148.71 | 8,148.71 | 0.00 | 0.00 |
| BANK OF AMERICA, N.A. | Secured | 26,026.00 | 25,876.87 | 25,876.87 | 7,231.71 | 588.60 |
| CAPITAL RECOVERY V, LLC | Unsecured | 30,417.00 | 30,417.01 | 30,417.01 | 0.00 | 0.00 |
| CAVALRY INVESTMENTS, LLC | Unsecured | NA | 484.50 | 484.50 | 0.00 | 0.00 |
| CDC FEDERAL CREDIT UNION | Secured | 10,629.00 | 10,313.73 | 10,313.73 | 3,440.43 | 328.76 |
| CERASTES, LLC | Unsecured | 2,685.00 | 2,685.22 | 2,685.22 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 1,056.00 | 1,056.79 | 1,056.79 | 0.00 | 0.00 |
| CSC EMPLOYEES FEDERAL CREDIT U | Unsecured | 1,346.00 | 1,345.62 | 1,345.62 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 1,748.00 | 1,748.33 | 1,748.33 | 0.00 | 0.00 |
| MIDLAND FUNDING, LLC | Unsecured | 1,324.00 | 1,324.01 | 1,324.01 | 0.00 | 0.00 |
| MIDLAND FUNDING, LLC | Unsecured | 11,923.00 | 11,923.48 | 11,923.48 | 0.00 | 0.00 |
| MIDLAND FUNDING, LLC | Unsecured | NA | 11,399.49 | 11,399.49 | 0.00 | 0.00 |
| PEACH STATE FEDERAL CREDIT UNI | Unsecured | 3,415.00 | 3,415.90 | 3,415.90 | 0.00 | 0.00 |
| PEACH STATE FEDERAL CREDIT UNI | Unsecured | 373.00 | 499.98 | 499.98 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,047.00 | 1,047.01 | 1,047.01 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 7,434.00 | 7,434.26 | 7,434.26 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 3,065.00 | 3,065.43 | 3,065.43 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,482.00 | 1,482.35 | 1,482.35 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,925.00 | 2,925.78 | 2,925.78 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 4,785.00 | 4,785.11 | 4,785.11 | 0.00 | 0.00 |
| SYNCB/ASHLEY FURNITURE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/BRANDSMART | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/JCP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/PAYPAL EXTRAS MC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TALBOTS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT ED | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DANIEL PARK COMMUNITY ASSOC | Secured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| STERLING BANK | Unsecured | 45,500.00 | NA | NA | 0.00 | 0.00 |
| CANDICE GARRETT | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| KYLE PITHOLD | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 24,811.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 22,788.00 | NA | NA | 0.00 | 0.00 |
| EDFINANCIAL | Unsecured | 14,145.00 | NA | NA | 0.00 | 0.00 |
| ELOAN/SST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ELOAN/SST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| CCB/ J JILL | Unsecured | 1,327.00 | NA | NA | 0.00 | 0.00 |
| CDC FEDERAL CREDIT UN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 8,091.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITI AUTO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITI AUTO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMENITY BANK/AMSGNFRM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MOHELA/DEPT OF ED | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MOHELA/DEPT OF ED | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HOME LOAN SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HOME LOAN SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LENDING CLUB CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UMPQUA BANK F/N/A BORREGO SPR | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $36,190.60 | $10,672.14 | $917.36 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$36,190.60** | **$10,672.14** | **$917.36** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$111,187.67** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,910.50 |
| Disbursements to Creditors | $11,589.50 |
| **TOTAL DISBURSEMENTS** : | **$16,500.00** |

     12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/27/2015                                          By: /s/ Nancy Whaley
                                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

CERTIFICATE OF SERVICE

Case No. A14-62016-CRM

This is to certify that I have this day served the following with a copy of the foregoing Trustee's Final Report by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
REVA SHANTELL DALTON-HALL
CLARENCE RUSSELL HALL
2880 DANIEL PARK RUN
DACULA, GA  30019


**By Consent of the parties,** the following have received an electronic copy of the foregoing Trustee's Final Report through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
SHANNON D. McDUFFIE
shannon@attorneymcduffie.com




This the 27th day of August, 2015.


 /s/_____
   Nancy J. Whaley
   Standing Chapter 13 Trustee
   State Bar No. 377941
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201




**UST Form 101-13-FR-S (9/1/2009)**